TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00201-CV






Liberty Coach, Inc., Appellant



v.



Motor Vehicle Board of the Texas Department of Transportation and

Buddy Gregg Motor Homes, Inc., Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. GN400318, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N




 This cause has been consolidated into cause number 03-04-00200-CV. No further
filings will occur in this cause, 03-04-00201-CV. Accordingly, it is abated.



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Filed: June 18, 2004